No. 96–9367. DOCKERY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9368. FORD *v.* GASTON, DEPUTY WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–9369. GUINN *v.* ZAVARAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–9370. GARCIA *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 96–9371. SCHWARZ *v.* WOODRUFF, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–9372. RAZACK *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 96–9373. RAWLINS *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 96–9374. SHEETS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9375. QURESHI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9377. WINSTON *v.* CARTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–9378. KORELIS *v.* RAMADA HOTEL. C. A. 2d Cir. Certiorari denied.

No. 96–9379. LA GRANGE *v.* LONGORIA. C. A. 5th Cir. Certiorari denied.

No. 96–9380. TORO-PELAEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–9381. VELAZQUEZ-CONTRERAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9383. VAN BARNES *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.